# EXHIBIT C

The Wayback Machine - https://web.archive.org/web/20210623204135/https://www.usaid.gov/news-information/press-relea…

*HOME* » *NEWS AND INFORMATION* » *PRESS RELEASES* » *COMPENSATION DELIVERED TO FAMILY OF USAID EMPLOYEE KILLED*

# COMPENSATION DELIVERED TO FAMILY OF USAID EMPLOYEE KILLED IN LINE OF DUTY IN SUDAN

## Statement By Administrator Samantha Power

### For Immediate Release

Friday, June 11, 2021

Office of Press Relations
press@usaid.gov

In May, the family of John Granville, a United States Agency for International Development (USAID) employee killed in Sudan in 2008, received compensation through a private settlement with the Government of Sudan. The Government of Sudan agreed to compensate specific victims of terrorist attacks as part of the negotiations for restoration of Sudan's sovereign immunities.

USAID continues to stand with and share the deep grief of John's family for the ultimate price he paid as a dedicated public servant. He was a true development professional who shared the vision of the people of Sudan and South Sudan to realize a more peaceful, humane, and prosperous future.

John's contributions and sacrifice will never be forgotten among his USAID colleagues, the remote communities that he empowered, and his local and international colleagues. In just one small example of his impact, John was the driving force behind the distribution of more than 200,000 solar-powered radios used to inform individuals in remote areas of South Sudan about the historic 2005 Comprehensive Peace Agreement - that ended Sudan's long civil war and would bring independence and national elections to South Sudan in 2010.

We also honor John's Sudanese colleague Abdelrahman Abbas Rahama, who was tragically killed in Khartoum with him on January 1, 2008. Abdelrahman joined USAID in 2003 as an original member of the USAID Disaster Assistance Response Team for Darfur during one of the world's most dire humanitarian crises, and he worked tirelessly to improve conditions and save lives. As USAID continues the work of securing peace and security around the world, we recognize just how essential our Foreign Service National staff are to our mission and remain grateful for their many sacrifices.

We applaud the Sudanese people, who provided an example to the world by ending a brutal and oppressive regime through their commitment to peaceful protest, and members of the civilian-led Transitional Government for their courage in advancing the aspirations of the people they serve, and we only wish that John and Abdelrahman were with us to witness and support Sudan's democratic transition. In their spirit, USAID will continue to work for human rights and peace in both Sudan and South Sudan.

## READ MORE

**2021 Press Releases**

Last updated: June 11, 2021

**SHARE THIS PAGE**