UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Sharon Weinstock, *et al.*,　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　Plaintiffs,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　v.　　　　　　　　　　　　　　　) Civil Case No. 20-cv-3021 (RJL)
　　　　　　　　　　　　　　　　　　　)
Republic of the Sudan, *et al.*,　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　Defendants.　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)

ORDER
March 20th, 2025 [Dkt. #18]

For the reasons set forth in the Memorandum Opinion accompanying this Order, it is hereby

**ORDERED** that the federal defendants' Motion to Dismiss [Dkt. #18] is **GRANTED**; it is

**FURTHER ORDERED** that the Fourth and Fifth Causes of Action of Plaintiffs' Amended Complaint [Dkt. #8] are dismissed with prejudice; and it is

**FURTHER ORDERED** that the federal defendants are dismissed from this case.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　RICHARD J. LEON
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge